WINTER *vs.* CORPORATION OF DONALDSON-
VILLE.

Eastern District.
*Febuary,* 1830.

WINTER
*vs.*
CORPORATION.
OF DONALDSON

APPEAL from the court of the second dis-
trict.

MARTIN, J. delivered the opinion of the
court. The plaintiff resists the claim of the
defendants, to tax some land of his, as inclu-
ded within the town. He obtained an in-
junction, which was made perpetual, and
the defendants appealed.

It is shown by parol evidence, and by a
plan which is in the parish judge's office,
that the land in question was within the lim-
its of the town projected by Donaldson; but
nothing shows that this plan was made or
filed by Donaldson.

In 1813, the town was incorporated, and
reference as to its extent, is made to Donald-
son's plan. A few years after, the land in
question was sold, to satisfy a town tax im-
posed by the trustees, and afterwards be-
came, and now remains, the property of the
plaintiffs.

In 1823, a new act of incorporation was
passed, by which it is enacted, that all that
section of land laid out into lots by W.

The act of 1823
professedly chan-
ged the limits of
Donaldson.

WINTER
*vs.*
CORPORATION
OF DONALDSON.

Donaldson, according to the plan in the parish judge's office, bounded therein by lands now belonging to G. Winter, and shall continue to be known and distinguished by the name of Donaldsonville.

It does not appear to us the district judge has erred, in considering the land in question as out of the limits of that town, as fixed by the act of 1823. In our opinion, the act professedly changes the limits of the town, as it gives as a boundary, the plaintiff's lands which were within it, in the original plan. It does not refer to other lands heretofore owned by the plaintiff, but expressly designates those *now* belonging to him. The legislature's declaration, that the land between the Mississippi and those of the plaintiff, shall continue part of the town, is an affirmative, pregnant with the negative, that the other land shall not continue to be part of the town.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed, with costs.

*Conrad* for plaintiff, *Watts* for defendants.